## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ming Sen Shiue,                                             Civ. No. 12-583 (RHK/LIB)

                  Petitioner,                    **ORDER**

vs.

Warden, USO Marion, et al.,

                  Respondents.

---

Before the Court is the January 25, 2013 the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, together with Petitioner's Objections thereto. After a de novo review of the Objections and the Report and Recommendation, together with all of the files, records and proceedings herein, the undersigned concludes that Judge Brisbois's thorough and well-reasoned recommended disposition is fully supported by the factual record before him and by controlling legal principles. Accordingly, **IT IS ORDERED**:

    1. The Objections (Doc. No. 44) are **OVERRULED**;

    2. Petitioner's "Motion in Reply to Respondent's Memorandum in Support of Response Motion" (Doc. No. 51) is **DENIED**;

    3. The Report and Recommendation (Doc. No. 43) is **ADOPTED**;

    4. Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

5.  Plaintiff's Grounds One through Six are **DISMISSED WITH PREJUDICE**;

6.  Plaintiff's Ground Seven is **DISMISSED WITHOUT PREJUDICE**; and

7.  The Court **DECLINES** to issue a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 26, 2013

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge